**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CUSTOM TRUCK ONE SOURCE, INC.,
formerly known as Nesco Holding, Inc., as
successor to Truck Utilities, Inc.

      Plaintiff,

v.                                            No. CV 21-545 WJ/CG

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, also known as
BCR Companies,

      Defendant.

## ORDER EXTENDING EXPERT DISCLOSURE DEADLINES

**THIS MATTER** is before the Court upon Plaintiff's unopposed oral motion at the January 4, 2022 Telephonic Status Conference to extend the expert disclosure deadlines in this matter. *See* (Doc. 22). The Court, having conferred with counsel about the motion and noting the motion is unopposed, finds that the motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 12), shall be modified as follows:

1. Plaintiff shall identify in writing any expert witness to be used by Plaintiff at trial and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **February 17, 2022**;

2. All other parties shall identify in writing any expert witness to be used by such parties at trial and shall provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) by **March 21, 2022**.

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 12), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

APPROVED WITHOUT EXCEPTIONS

*/s/ Kevin P. Nelson*
For Plaintiff

*/s/ Kevin P. Nelson (w/ permission)*
For Defendant