IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CUSTOM TRUCK ONE SOURCE, INC.,
formerly known as Nesco Holding, Inc., as
successor to Truck Utilities, Inc.

      Plaintiff,

v.                                              No. CV 21-545 DHU/CG

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, also known as
BCR Companies,

      Defendant.

## ORDER EXTENDING DISCOVERY DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion for Extension of Discovery Deadlines* (the "Motion"), (Doc. 33), filed March 30, 2022. In the Motion, the parties ask the Court to extend the discovery deadlines in this matter by 100 days "due to an unexpected and continuing delay in the production of documents by Defendant as a result of technology issues, . . . the parties' negotiation of a protective order, and the parties' beginning settlement discussions." *Id.* at 2. The Court, having reviewed the Motion and noting it is filed jointly, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that the Court's *Scheduling Order*, (Doc. 12), shall be modified as follows:

1. Discovery shall terminate by **June 20, 2022**;

2. Motions relating to discovery (including, but not limited to, motions to compel and motions for protective order) shall be filed with the Court and served on opposing parties by **July 11, 2022**; and

3. Pretrial motions, other than discovery motions, shall be filed with the Court and served on the opposing party by **July 25, 2022**.[1]

All other deadlines contained in the Court's *Scheduling Order*, (Doc. 12), remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This deadline applies to motions related to the admissibility of experts or expert testimony that may require a *Daubert* hearing, but otherwise does not apply to motions in limine. The Court will set a motions in limine deadline in a separate order.