## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

CUSTOM TRUCK ONE SOURCE, INC.,
formerly known as Nesco Holding, Inc., as
successor to Truck Utilities, Inc.

      Plaintiff,

v.                                                       No. CV 21-545 DHU/CG

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, also known as
BCR Companies,

      Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that the matter has settled.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents no later than **June 27, 2022**. If the need for an extension arises, the parties are instructed to file a formal motion on the record.

**IT IS SO ORDERED**.

                                            THE HONORABLE CARMEN E. GARZA
                                            CHIEF UNITED STATES MAGISTRATE JUDGE