IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CUSTOM TRUCK ONE SOURCE, INC.,
formerly known as Nesco Holding, Inc., as
successor to Truck Utilities, Inc.

      Plaintiff,

v.   No. CV 21-545 DHU/CG

BIGHORN CONSTRUCTION AND
RECLAMATION, LLC, also known as
BCR Companies,

      Defendant.

## ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon the parties' *Stipulation to Extend Deadline to Submit Closing Documents*, (Doc. 41), filed June 27, 2022, which the Court construes as a Stipulated Motion. In the Stipulated Motion, the parties request an additional thirty days "to allow the [p]arties to finalize all settlement documents between them." (Doc. 41 at 1). The Court, having reviewed the Stipulated Motion, and noting it was filed jointly, finds that the Stipulated Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by **July 27, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE